No. 453. GOLD, SILVER, & TUNGSTEN, INC. v. WALLACE, EXECUTOR, ET AL. December 18, 1939.

No. 249. WOODS, COURT TRUSTEE, v. INDEMNITY INSURANCE Co.; and
No. 250. SAME v. GRANADA APARTMENTS, INC., ET AL. January 2, 1940. Motion for leave to file a second petition for rehearing denied.

No. 488. DUGAN v. UNITED STATES. January 2, 1940.

No. 494. HERDER ET AL. v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. January 2, 1940.

No. 77. INTERSTATE NATURAL GAS Co. ET AL. v. STONE, COMMISSIONER OF FRANCHISE TAX, ET AL. January 8, 1940.

No. 365. LEONA PIATT GRAY v. UNION JOINT STOCK LAND BANK OF DETROIT;
No. 366. CARL H. GRAY v. SAME; and
No. 367. PIATT v. SAME. January 8, 1940.

No. 503. CAVICCHI, DOING BUSINESS AS WADE BUTTON Co. v. MOHAWK MANUFACTURING Co., INC. January 8, 1940.

No. 512. CRISCUOLO ET AL. v. SWEINS ET AL. January 8, 1940.

No. 516. DUNN ET AL. v. MICCO ET AL. January 8,